# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154242 & (57)(58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC:  154242
                                 COA:  326660

ROGAN EDWARD LAMPE,
      Defendant-Appellant.
                                 Washtenaw CC:  14-000322-FH

_____/

      On order of the Court, the motion for reconsideration and the final motion to add new issues are GRANTED. The application for leave to appeal the June 23, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017                    

s0424                                               Clerk